UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY RALPH HOPKINS,

    Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### Possession of Child Pornography

On or about January 29, 2025, in Muskegon County, in the Southern Division of the Western District of Michigan,

TERRY RALPH HOPKINS

knowingly possessed images of child pornography that involved prepubescent minors, including, but not limited to, the visual depictions listed below:

1. Cute boys_CP porn_Child porn_Boys cp.pdf
2. Masha Suck # Candy Kid # Secure Onions Masha Suck.pdf

These depictions were mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce by any means, including by computer, and were produced using materials that had been shipped and transported in and affecting interstate or foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)

## **PRIOR CONVICTION**

At the time he committed the acts alleged in this Indictment, TERRY RALPH HOPKINS had one or more prior convictions under the laws of any state relating to sexual abuse, abusive sexual conduct involving a minor, or the possession of child pornography.

Specifically, (1) on or about September 23, 2003, in Newaygo County, in case number 03-7937-FH, TERRY RALPH HOPKINS was convicted of Criminal Sexual Conduct – Second Degree (Person Under 13), in violation of Mich. Comp. Laws § 750.520c(1)(a); (2) on or about May 10, 2016, in Newaygo County, in case number 16-11303-FH, TERRY RALPH HOPKINS was convicted of Possession of Child Sexually Abusive Material, in violation of Mich. Comp. Laws § 750.145c(4)(a); and (3) on or about October 15, 2019, in Newaygo County, in case number 19-12188-FH, TERRY RALPH HOPKINS was convicted of Possession of Child Sexually Abusive Material, in violation of Mich. Comp. Laws § 750.145c(4)(a).


18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
18 U.S.C. § 2256(8)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in this Indictment,

TERRY RALPH HOPKINS

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to an HP Chromebook laptop and Samsung SM-S236DL cell phone (IMEI: 351223622293242).

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW B. BIRGE
Acting United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney